No. 93–6236. HODGES v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 93–6239. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–6240. FONSECA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6287. MUNEZ v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 93–190. NORTH AMERICAN FUND MANAGEMENT CORP., DBA NORAMTRUST U. S. A., ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–326. SECURITY PACIFIC AUTOMOTIVE FINANCIAL SERVICES CORP. v. LUNDQUIST. C. A. 2d Cir. Motion of National Vehicle Leasing Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–374. VON ZUCKERSTEIN ET AL. v. ARGONNE NATIONAL LABORATORY. C. A. 7th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 93–453. ROMER, GOVERNOR OF COLORADO, ET AL. v. EVANS ET AL. Sup. Ct. Colo. Motion of Colorado for Family Values for leave to file a brief as *amicus curiae* denied. Certiorari denied.

No. 93–475. WATTLES, DECEASED v. CITY OF TROY. Ct. App. Mich. Motion of Brian J. Wattles for substitution in his capacity as personal representative of the estate of Jervis Wattles, deceased, granted. Certiorari denied.